UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM SCOTT HOWARD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 24-2492 (UNA) |
| ) | |
| IDB BANK, *et al*., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

It appears that, on August 29, 2024, plaintiff was sleeping in front of a bank in downtown Washington, D.C., and security guards chased him off.  *See generally* Compl. at 7-10.  Plaintiff is "making the civil lawsuit against the security guard company," which is not identified, and "the heavy Blk security guard" for "verbal abuse," and for "profiling" and "harass[ing]" plaintiff. *Id*. at 10.  These vague assertions do not amount to a viable legal claim, however.  As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8, and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: March 11, 2025                    /s/
                                        CHRISTOPHER R. COOPER
                                        United States District Judge

2